NUMBER 13-00-560-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

________________________________________________________________

BRANDON BURNETT , Appellant,


v.


THE STATE OF TEXAS, Appellee.

______________________________________________________________


On appeal from the 23rd District Court 

 of Matagorda County, Texas

______________________________________________________________


O P I N I O N 

Before Chief Justice Valdez and Justices Hinojosa and Yanez 

Opinion Per Curiam


Appellant, BRANDON BURNETT , attempted to perfect an appeal from a judgment entered by the 23rd District Court of
Matagorda County, Texas. On October 31, 2000 , the trial court granted appellant's motion for new trial.

The Court, having examined and fully considered the documents on file and the trial court's order granting a new trial, is of
the opinion that the appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT
OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 10th day of May, 2001 .